# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LARRY Z., | Case No. 21-CV-1030 (NEB/BRT) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MERRICK GARLAND, ALEJANDRO MAYORKAS, TAE D. JOHNSON, MARCOS CHARLES, and KURT FREITAG, | |
| Respondents. | |

The Court has received the July 30, 2021 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 16.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 16) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED AS MOOT; and

3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2021               BY THE COURT:

                                     s/Nancy E. Brasel
                                     Nancy E. Brasel
                                     United States District Judge